1

2

3

4

5

6

7

8                               UNITED STATES DISTRICT COURT

9                               CENTRAL DISTRICT OF CALIFORNIA

10

11   ERIKA GALVAN o/b/o E.T.G.,            )      CASE NO.  ED CV 08-00634  (RZ)
                                           )
12                      Plaintiff,         )
                                           )      JUDGMENT
13          v.                             )
                                           )
14   MICHAEL J. ASTRUE, Commissioner       )
     of Social Security Administration,    )
15                                         )
                        Defendant.         )
16   _____       )

17

18          In accordance with the Memorandum Opinion and Order filed concurrently

19   herewith,

20          IT IS ORDERED AND ADJUDGED that the Commissioner's decision is

21   AFFIRMED.

22

23          DATED:  January 15, 2009

24

25

26                                         _____
                                           RALPH ZAREFSKY
27                                         UNITED STATES MAGISTRATE JUDGE

28